# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBERT KEITH HOPKINS,

    Defendant.

CASE NO. 4:20CR3006

**WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ORDER**

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1)    The defendant affirms receiving a copy of the indictment;

(2)    The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3)    The defendant pleads not guilty to all counts of the indictment.

_____  
Defendant

_____  
Attorney for Defendant

_____  
Date   1/30/2020

_____  
Date   1/30/2020

## ORDER

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this _31st_ day of _January_ , 20_20_.

BY THE COURT:

_____  
MAGISTRATE JUDGE  
UNITED STATES DISTRICT COURT